# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:04CR267** |
| vs. | ) | |
| | ) | **ORDER** |
| **CHRISTOPHER L. GRANT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    It has come to the court's attention that the courtroom minutes filed on February 28, 2005 reflect the defendant's oral motion for a new attorney and that the oral motion was referred to the Magistrate Judge for disposition. Defendant subsequently filed an Affidavit (#47) stating that he wished to have Mr. Schense continue to serve as his attorney.

    **IT THEREFORE IS ORDERED** that the oral motion for a new attorney is denied as moot.

    **DATED May 2, 2005.**

                                               **BY THE COURT:**

                                               s/ F.A. Gossett
                                               **United States Magistrate Judge**