## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR267** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **CHRISTOPHER L. GRANT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Clerk's Office has requested that Document Numbers 66 and 67 be stricken from the record for the following reason:

- Duplicate documents of number 64 and 65.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 66 and 67 from the record.

DATED this 16th day of June, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge