**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**         ) | CASE NO. 8:04CR267 |
| ) | |
| **Plaintiff,**         ) | |
| ) | |
| vs.         ) | ORDER |
| ) | |
| **CHRISTOPHER L. GRANT,**         ) | |
| ) | |
| **Defendant.**         ) | |

This matter is before the Court on its own motion.

IT IS ORDERED that the Defendant's motion for a certificate of appealability (Filing No. 89) shall be construed as a notice of appeal.

DATED this 1st day of August, 2007.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge