IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR267** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **CHRISTOPHER L. GRANT,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's unopposed motion to continue the deadline within which the parties are required to file a stipulation or simultaneous briefs with respect to the requested reduction in sentence regarding the amended crack cocaine guidelines (Filing No. 105).

IT IS ORDERED:

1. The Defendant's motion to continue (Filing No. 105) is granted; and

2. The parties must file a stipulation or simultaneous briefs, as well as any request for a hearing, on or before August 1, 2008.

DATED this 9th day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge