IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:04CR267 |
| vs. | |
| CHRISTOPHER L. GRANT, | ORDER |
| Defendant. | |

Defendant Christopher L. Grant appeared before the court on April 14, 2017 on a Petition for Warrant or Summons for Offender Under Supervision [157]. The defendant was represented by Assistant Federal Public Defender Michael J. Hansen, and the United States was represented by Assistant U.S. Attorney John E. Higgins. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on June 8, 2017 at 9:30 a.m. Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

Dated this 14th day of April, 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge